LaTresta Ginyard, CSR #8665

IN RE:  **05-15-00959-CR, Barry Lynn McCurtain vs. State of Texas**

September 21, 2015

Dear Clerk of the Court:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/21/2015 4:29:57 PM
LISA MATZ
Clerk

I am requesting an extension of 3 days in this matter.   At this time, no arrangements for payment have been made for this Reporter's Record.  I have contacted counsel of record, and payment is to be made as soon as possible.  Three days will give counsel time to get payment in and for the Reporter's Record to be filed.

Respectfully submitted,

LaTresta Ginyard, CSR #8665
P.O. Box 561064
The Colony, Texas  75056
214-469-4034
Latresta.ginyard@yahoo.com